FILED
8/19/2026
JM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAYVON WALTON | Case No. 26 CR 268<br><br>Violation: Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2113(a) |

Judge Martha M. Pacold
Magistrate Judge Daniel P. McLaughlin
Direct/ Cat. 4

**COUNT ONE**

The SPECIAL SEPTEMBER 2025 GRAND JURY charges:

On or about April 21, 2026, at St. Charles, Illinois, in the Northern District of Illinois, Eastern Division, and elsewhere,

DAYVON WALTON,

defendant herein, by force and violence, and by intimidation, did take from the person and presence of a bank employee approximately $201,780 in United States currency belonging to, and in the care, custody, control, management, and possession of the BMO Harris Bank, located at 300 South Randall Road in St. Charles, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

**COUNT TWO**

The SPECIAL SEPTEMBER 2025 GRAND JURY further charges:

On or about April 21, 2026, at St. Charles, Illinois, in the Northern District of Illinois, Eastern Division, and elsewhere,

DAYVON WALTON,

defendant herein, did use, carry, and brandish a firearm during and in relation to a crime of violence for which defendant may be prosecuted in a court of the United States, namely, bank robbery, in violation of Title 18, United States Code, Section 2113(a), as charged in Count One of this Indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

A TRUE BILL:

__________________________________
FOREPERSON

/s/ *Andrew S. Boutros* by CKV
UNITED STATES ATTORNEY